# CONGREGATION OF ST. CATHERINE OF SIENNA ROMAN CATHOLIC CHURCH v. THIBAUT FEED MILLS et al.*

### No. 1238.

Court of Appeal of Louisiana, First Circuit.
Dec. 4, 1933.

See, also, 151 So. 226.

Spearing & McClendon, of New Orleans, and Walter Lemann, of Donaldsonville, for appellants.

C. C. Weber, of Donaldsonville, and Porteous, Johnson & Humphrey, of New Orleans, for appellee.

MOUTON, Judge.

It is ordered, adjudged, and decreed that the judgment rendered below in favor of plaintiff be and is hereby affirmed.